DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. HOOD

No. 177 PC.

Case below: 24 N.C. App. 139.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 February 1975.

STATE v. JONES

No. 169 PC.

Case below: 23 N.C. App. 686.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 January 1975.

STATE v. JOYNER

No. 178 PC.

Case below: 23 N.C. App. 741.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 February 1975.

STATE v. KAPLAN

No. 2.

Case below: 23 N.C. App. 410.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 February 1975. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 February 1975.

STATE v. McKINNEY

No. 4 PC.

Case below: 24 N.C. App. 259.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 4 February 1975.